UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHERYL ANN MARTIN, | ) | Case No. ED CV 10-471-PJW |
| Plaintiff, | ) | |
| v. | ) | J U D G M E N T |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that this case be remanded to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion and Order.

DATED: 8/18/11 .

*Patrick J. Walsh*
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\MARTIN, C 471\Judgment.wpd